**FILED**
**AUG 28 2023**
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT

___Southern___ District of ___West Virginia Division: Charleston___

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND COSTS**

Christopher Cox v. Donnie Ames

Case Number: 2:23-cv-00577

I, __Christopher Cox__ declare that I am the (check appropriate box)
☒ plaintiff/petitioner/movant    ☐ appellant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion/notice of appeal.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes (If "Yes," go to #3)  ☐ No (If "No," go to #2)
   If "Yes," state the place of your incarceration __Mount Olive Correctional Complex__
   Are you employed at the institution? __Yes__  Do you receive any payment from the institution? __Yes__
   Have the institution fill out the Certificate portion of this application and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?  ☒ Yes (If "Yes," go to #2.a)  ☐ No (If "No," go to #2.b)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
      __Mount Olive Correctional Complex   $51.00 per month__
   b. If the answer in "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past (12) twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes   ☒ No
   b. Rent payments, interest or dividends             ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments      ☐ Yes   ☒ No
   e. Gifts                                            ☐ Yes   ☒ No
   f. Any other sources                                ☒ Yes   ☐ No

If you answered **"Yes"** to any portion of question #3, describe each source of money and state the amount received and what you expect you will continue to receive.

$75.00 per month from family

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependant on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

7. I do hereby stipulate that the recovery, if any, obtained in this action shall be paid to the Clerk of Court, who shall pay therefrom, all unpaid costs taxed against plaintiff and/or his/her attorney, if any.

I declare under penalty of perjury that the above information is true and correct.

__8/9/23__    _____
Date          Signature of Applicant

### CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __21.01__ on account to his/her credit at (name of institution) __Mt Olive Correctional Complex__ I further certify that the applicant has the following securities to his/her credit. __$0__ _____. I further certify that during the past six months the applicant's average balance was $ __13.12__, and the average of monthly deposits was $ __27.71__.

__8/17/23__    _____
Date           Signature of Authorized Officer