IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHRISTOPHER COX,**

        *Petitioner,*

v.                                     Case No. 2:23-cv-00577

**DONALD F. AMES, Superintendent,**

        *Respondent.*

### NOTICE OF TERMINATION OF REPRESENTATION

PLEASE TAKE NOTICE that Respondent's representation by Gail V. Lipscomb in the above-styled action is withdrawn and terminated, as Ms. Lipscomb's employment with the West Virginia Office of the Attorney General has ceased. Undersigned counsel's representation will continue. All briefs, motions, correspondence, pleadings, notices, other documents, and any oral communication may be directed to undersigned counsel at the address below.

        Respectfully submitted,

        **DONNIE AMES, SUPERINTENDENT**
        **By counsel,**

        PATRICK MORRISEY
        ATTORNEY GENERAL

        */s/ Andrea Nease Proper*
        Andrea Nease Proper [WVSB No. 9354]
        Deputy Attorney General
        Office of the Attorney General
        Appellate Division
        1900 Kanawha Blvd. E.
        State Capitol, Bldg. 6, Ste. 406
        Charleston, WV 25305
        Telephone: (304) 558-5830
        Facsimile: (304) 558-5833
        Email: *Andrea.R.Nease-Proper@wvago.gov*
        *Counsel for Respondent*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHRISTOPHER COX,**

*Petitioner,*

v.   Case No. 2:23-cv-00577

**DONALD F. AMES, Superintendent,**

*Respondent.*

## CERTIFICATE OF SERVICE

I, Andrea Nease Proper, Assistant Attorney General and counsel for Respondent, do hereby certify that on April 1, 2024, I electronically filed the foregoing "**NOTICE OF TERMINATION OF REPRESENTATION**" with the Clerk of the Court. I also served a true and accurate signed copy of this document to Petitioner, a non-ECF participant, with first-class postage prepaid to the following addresses:

Christopher Cox
OID #3380755
Mount Olive Correctional Complex
1 Mountainside Way
Mt. Olive, WV 25185

Andrea Nease Proper [WVSB No. 9354]
Deputy Attorney General
Office of the Attorney General
Appellate Division
1900 Kanawha Blvd. E.
State Capitol, Bldg. 6, Ste. 406
Charleston, WV 25305
Telephone: (304) 558-5830
Facsimile: (304) 558-5833
Email: *Andrea.R.Nease-Proper@wvago.gov*
*Counsel for Respondent*

2