IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CHRISTOPHER COX,

Petitioner,

v.                                    CIVIL ACTION NO.   2:23-cv-00577

DONALD F. AMES,

Respondent.

## JUDGMENT ORDER

In accordance with the accompanying order adopting Magistrate Judge Aboulhosn's Proposed Findings and Recommendation, [ECF No. 23], the Court **ORDERS** that judgment be entered in favor of the Defendant and that this case be **DISMISSED** and **REMOVED** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

ENTER:        June 5, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE